**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN TAXI DISPATCH, INC., | § | |
| an Illinois Corporation, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 12 CV 8006 |
| | § | |
| AMERICAN 1 TAXI & LIMO SERVICES, INC., | § | |
| an Illinois Corporation and | § | |
| SALAMEH ABUELHAWA, an individual, | § | **JURY DEMAND** |
| | § | |
| Defendants. | § | |
| | § | |

**Final Default Judgment and Permanent Injunction**

Upon consideration of Plaintiff, AMERICAN TAXI DISPATCH, INC.'s Motion for Entry of Default Order and Default Judgment against Defendants and Related Order, and this Court being duly aware on the premises, it is hereby ORDERED AND ADJUDGED:

The Court finds that it has jurisdiction over the Defendants and this matter.

IT IS FURTHER ORDERED AND ADJUGED that Defendants AMERICAN 1 TAXI & LIMO SERVCES, INC. and SALAMEH ABUELHAWA are in default.

IT IS FURTHER ORDERED AND ADJUDGED that:

A Permanent Injunction is entered against Defendants AMERICAN 1 TAXI & LIMO SERVCES, INC. and SALAMEH ABUELHAWA, pursuant to Fed.R.Civ.P. 65, permanently enjoining and prohibiting Defendants from operating under or using, in any facet, a trademark, service mark, or tradename confusingly similar to the registered AMERICAN TAXI Marks.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff AMERICAN TAXI DISPATCH INC. is awarded its costs and reasonable attorneys' fees against Defendants

AMERICAN 1 TAXI & LIMO SERVCES, INC. and SALAMEH ABUELHAWA incurred as a result of the Defendants' actions in the amount of 3,200.75.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff shall be entitled to immediate execution on this Final Judgment after entry by the Court.

IT IS FURTHER ORDERED AND ADJUDGED that the Court finds that there is no just reason for delay, and therefore, pursuant to Fed.R.Civ.P. 54(b), the Court expressly directs the entry of judgment on all rulings made by the Court which shall operate as a final judgment as to Defendants AMERICAN 1 TAXI & LIMO SERVCES, INC. and SALAMEH ABUELHAWA.

IT IS SO ORDERED

Chicago, Illinois, this  29th  day of  November , 2012.


_____
U.S. DISTRICT JUDGE