AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| American Taxi Dispatch, Inc. <br> *Plaintiff* <br> v. <br> American 1 Taxi & Limo Services, Inc. et al <br> *Defendant* | Civil Action No. 12 C 8006 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: A Permanent Injunction is entered against Defendants AMERICAN 1 TAXI & LIMO SERVCES, INC. and SALAMEH ABUELHAWA, pursuant to Fed.R.Civ.P. 65, permanently enjoining and prohibiting Defendants from operating under or using, in any facet, a trademark, service mark, or tradename confusingly similar to the registered AMERICAN TAXI Marks. Plaintiff AMERICAN TAXI DISPATCH INC. is awarded its costs and reasonable attorneys' fees against Defendants AMERICAN 1 TAXI & LIMO SERVCES, INC. and SALAMEH ABUELHAWA incurred as a result of the Defendants' actions in the amount of $3,200.75. Plaintiff shall be entitled to immediate execution on this Final Judgment after entry by the Court. There being no just reason for delay, final judgment is entered in favor of plaintiff and against defendants AMERICAN 1 TAXI & LIMO SERVCES, INC. and SALAMEH ABUELHAWA.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge Charles P. Kocoras on a motion for default, default judgment and related order.

Date: 29 Nov 2012

Thomas G. Bruton, Clerk of Court

/s/ Stephen C. Tokoph
Deputy Clerk